Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 16 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
__Northern__ District of __Atlanta__
__Georgia__ Division

| | |
|---|---|
| __Curtis Floyd__ <br> _Plaintiff(s)_ <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> __Tiffiny Manuel__ <br> _Defendant(s)_ <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. __1:20-CV-2974__ <br> _(to be filled in by the Clerk's Office)_ <br><br> Jury Trial: _(check one)_  ☑ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

   **A. The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Curtis Floyd
   Street Address: 2184 Sunrise Drive
   City and County: Gainesville
   State and Zip Code: GA 30507
   Telephone Number: 678-753-9741
   E-mail Address:

   Name: Tiffiny Manuel
   Street Address: 40 Rock Rose Drive
   City and County: Covington GA 30014 Newton
   Telephone Number: 706-853-1283

   **B. The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Defendant No. 1
- Name: Bruce Wright
- Job or Title (if known): Judge
- Street Address: 303 S Hammond Dr
- City and County: monroe Walton
- State and Zip Code: Ga 30655
- Telephone Number: 770-267-1349
- E-mail Address (if known):

Defendant No. 2
- Name: Keith Melton
- Job or Title (if known): notary
- Street Address: 1936 Shoal Creek Rd.
- City and County: monroe Walton
- State and Zip Code: ga 30655
- Telephone Number: 770-267-7565
- E-mail Address (if known):

Defendant No. 3
- Name: Eric Whitlow
- Job or Title (if known): Investigator Sheriff dep.
- Street Address: 1425 S madison Ave
- City and County: monroe Walton
- State and Zip Code: ga 30655
- Telephone Number: 770-267-6557
- E-mail Address (if known):

Defendant No. 4
- Name: Patsy Roberts
- Job or Title (if known): Clerk
- Street Address: 303 S Hammond Dr
- City and County: monroe Walton
- State and Zip Code: ga 30655
- Telephone Number: 770-267-1349
- E-mail Address (if known):

7/16/20

Curtis Floyd

# Additonal Defendant

Jacob Rhein
265 South Culver Street
Lawerenceville, Gwinnett
ga 30046
404-954-2220
*He wants to put a lien on my case If I win

Plaintiff Info
Curtis Floyd
2184 Sunrise drive
gainesville Hall
Ga 30507
678 753-9741

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

OCGA 16-9-121

OCGA 16-8-3

Sister stole inheratnce money from my son and I.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

           The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

           Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

      *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: 500,000 my father was a successful man. My sister changed his will from the original. My fathers instructions was for me to have the total amount, but not all at once.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

my father passed away. My sister had her husband + my father's girlfriend witness the will. Not only is their statement different the money has already been dispursed. This case is on a de nova appeal. This appeal should have stopped my sister from taking out the money. She had help from members of the court to get the money. The court provided fraudlint documents on her behalf. Heath Melton was the notary + his bank does not notrize wills!!

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Im seeking relief from the court. Im seeking 500,000. This is the money that I should have already recieved.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/16/20

Signature of Plaintiff
Printed Name of Plaintiff: Curtis Floyd

B. **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address



**JACOB D. RHEIN**

Direct: (404) 954-2220
Fax: (470) 401-2539
Email: jacob@neyrhein.com

December 9, 2019

Tiffiny Lashun Manuel
40 Rock Rose Drive
Covington, Georgia 30014

BY CERTIFIED U.S. MAIL
7018 1130 0001 5047 2226

*Re:*   **NOTICE OF FILING NOTICE OF APPEAL / SUPERSEDEAS**
       ***Estate No. 19-0335 (Curtis Lee Floyd, Sr.)***

Dear Tiffiny:

I represent the caveator Curtis Lee Floyd, Jr., in his appeal to the Superior Court of Walton County with respect to the "Final Order" filed in the above case by Judge Wright on November 8, 2019. Please find enclosed a "Notice of Appeal" and "Entry of Appearance" for Mr. Floyd.

Please note that this is not an appeal to a court of appeals, which typically defers to the trial court unless there is an error of law. Instead, Georgia statute gives Mr. Floyd an opportunity for a de novo (do-over) jury trial in the superior court. *See* OCGA § 5-3-29. Additionally, the notice of appeal supersedes (suspends) the final order that has been entered by the probate judge. *See* OCGA § 5-3-22. The law prohibits you from disbursing funds pursuant to the will until the proceedings in superior court are complete.

It is my understanding that you are currently representing yourself and do not have counsel. While I cannot give you legal advice, you are welcome to deal with me directly unless and until you retain a lawyer to represent you.

Thank you for you kind attention to this matter.

Sincerely,

Jacob D. Rhein
Georgia Bar No. 668356

*Attorney for Curtis Lee Floyd, Jr.*

---

**NEY RHEIN, LLC**
265 South Culver Street - Lawrenceville - Georgia 30046
www.LawyersWhoSueLawyers.com

## IV. ENDORSEMENTS OF APPLICANT

**A. Georgia, WALTON County**

To the Honorable Kathy K. Trost, Clerk of WALTON Superior Court:

I, the undersigned, being 18 years of age or older and a legal resident of the stated county, believe the applicant for Notary Public Commission named herein, who is not related to myself, to be a person of integrity, good moral character, and capable of performing notorial acts. I have known the applicant for one month or more.

| 1. Name of Notary Applicant | KEITH MELTON |
|---|---|
| 2. Endorser Information | |
| a. Name | JACQUE GIBBS |
| b. Address | ~~140 E WASHINGTON ST~~ 2560 Wildwood Way, MONROE, GA 30655 |
| c. Phone Number | 7702677565 |
| d. Date | 01/13/2017 |
| e. Endorser Signature | *(signed) Jacque Gibbs* |

**B. Georgia, WALTON County**

To the Honorable Kathy K. Trost, Clerk of WALTON Superior Court:

I, the undersigned, being 18 years of age or older and a legal resident of the stated county, believe the applicant for Notary Public Commission named herein, who is not related to myself, to be a person of integrity, good moral character, and capable of performing notorial acts. I have known the applicant for one month or more.

| 1. Name of Notary Applicant | KEITH MELTON |
|---|---|
| 2. Endorser Information | |
| a. Name | JOY CARR |
| b. Address | ~~140 E WASHINGTON ST~~ 2319 Lakeside Dr, MONROE, GA 30655 |
| c. Phone Number | 7702674929 |
| d. Date | 01/13/2017 |
| e. Endorser Signature | *(signed) Joy Carr* |

## V. APPOINTMENT OF NOTARY BY CLERK OF SUPERIOR COURT

Having read and considered the application of this applicant and it appearing to the above-named applicant has met the requirements to be appointed a notary public, it is hereby ordered that applicant is hereby appointed pursuant to O.C.G.A. section 45-17-2.4 a notary public for a four year term beginning on the date specified, upon his/her taking and subscribing the oath prescribed by law.

| Term of Appointment | |
|---|---|
| Beginning | 1-19-17 |
| Ending | 1-18-21 |

*Kathy K. Trost*
Clerk/Deputy Clerk of WALTON Superior Court

## VI. OATH OF OFFICE

Georgia, WALTON County

I, the undersigned applicant for a notary public commission, do solemnly swear/affirm that I will well and truly perform the duties of a notary public to the best of my ability; and I further swear/affirm that I am not the holder of any public money belonging to the state and unaccounted for, so help me God.

| Date: | 1-19-2017 | *(signed) Keith Melton* |
|---|---|---|
| | | Signature of Applicant |

Sworn and subscribed before me on the date written.

| Date: | 1-19-2017 | *Kathy K. Trost* |
|---|---|---|
| | | Clerk/Deputy Clerk of WALTON Superior Court |

## VII. E-MAIL ADDRESS

E-mail Address: KEITHMELTON@AFBTBANK.COM

Optional-display email on www.gsccca.org Notary Search: ☐

Page 2 of 2

**Supplement**

Walton County Sheriff's Office
Supplemental Narrative

On April 9, 2020 at approximately 1311 hours, INVESTIGATOR ERIC WHITLOW, Walton County Sheriff's Office (WCSO), Criminal Investigations Division (CID), took a lobby report from CURTIS LEE FLOYD JR. According to CURTIS, his father CURTIS FLOYD SR., passed away on August 31, 2019. The decedent did leave behind a will that CURTIS stated was created in the year 2017. CURTIS stated that TECO MANUEL created the will on behalf of the decedent. TIFFINY MANUEL was a witness to the will. TECO is the brother in law of CURTIS and TIFFINY is CURTIS'S half sister. CURTIS advised that TECO and TIFFINY were living in Rome, Georgia at the time the will was created.

According to CURTIS, the will was created around the time the decedent was becoming ill and in the hospital. At the time, the decedent was in a relationship with GLORIA BROWN who also signed the will as a witness. CURTIS stated that there was already a civil hearing in reference to the will being probated and the issues with the will. According to CURTIS, GLORIA lied and stated that she never saw the will. The signatures on the copies from the will included those of the decedent, TECO, TIFFINY, and GLORIA. The copy of the will showed that it was notarized on February 8, 2017 by KEITH MELTON from Walton County Probate. CURTIS made the accusation that GLORIA didn't sign the document and that it was forged.

CURTIS advised that he fired his original attorney and then fired a second attorney throughout the civil case. CURTIS also provided to documents with a signature of the decedent from 2005 and 2017, which were visibly different. INV. WHITLOW advised that twelve years can change a lot and it's possible the decedent had a different signature if he was sick and in the hospital in 2017. CURTIS advised the civil case was still open but they haven't gone back yet and he is looking for a new attorney. CURTIS requested criminal charges be sought in reference to forgery or fraudulent activity. INV. WHITLOW advised CURTIS of how jurisdiction works and that the case was still in civil litigation.

CURTIS provided information and phone numbers for TIFFINY and GLORIA. INV. WHITLOW made contact with GLORIA in reference to her signature on the will. GLORIA stated that she did sign the will and there was no forgery. GLORIA advised the decedent didn't want CURTIS to have access to all the money that the decedent had, all at once.

INV. WHITLOW did speak with Judge Wright, who advised the case was settled in Probate court and was appealed up to Superior court. Judge Wright advised if there was any suspicion at all in reference to forgery or fraud, law enforcement would be notified by the courts. INV. WHITLOW called CURTIS and advised him that this case would not be looked into further based on no criminal activity to be addressed.

Eric Whitlow
Investigator
Walton County Sheriff's Office
Criminal Investigations Division

06/22/20

**SYNOVUS**®

Hancock Ave Branch
150 W Hancock Ave
Athens, GA 30601

To Whom It May Concern,

Corporate Synovus policy states that as a representative of the bank, a notary shall not provide notary services for any of the documents listed below.

- Any document containing blank spaces
- Birth Certificates
- Certified Copies
- Checks
- Codicil (Addition or Addendum)
- Death Certificates
- Deeds, Deeds to Secure Debt, Deeds of Trust, Mortgages in connection with non-Synovus loan closings
- Depositions
- Foreign Documents – unless the Notary speaks/reads the language
- Illiterate Signer
- Living Trust
- Living Will
- Marriage Certificates
- Minors
- Photocopies
- Photographs
- Power of Attorney
- Publicly recorded documents
- Signature by Mark
- Signature Discrepancies (unless the signer can provide additional identification proving the alias)
- U.S. Citizenship and Immigration Services' 1-9 form
- Wills

Please contact us should you require further information.

IN THE PROBATE COURT OF WALTON COUNTY
STATE OF GEORGIA

IN RE: CURTIS LEE FLOYD, SR.          )          ESTATE NO: HED365
    *Deceased*                                     )
                                                              )

## LETTERS TESTAMENTARY REVOKED

On the 9th day of December, 2019, this court issued Letters Testamentary, to Tiffiny Lashun Manuel, in the estate of Curtis Lee Floyd, Sr.. These letters were issued prematurely, when in fact they should not have been issued until the 10th day of December, 2019.

IT IS ORDERED that the Letters Testamentary issued to Tiffiny Lashun Manuel, in the estate of Curtis Lee Floyd, Sr., are hereby REVOKED.

IT IS SO ORDERED this 11th day of December, 2019.

Bruce E. Wright, Judge
Walton County Probate Court



STATE OF GEORGIA
COUNTY OF WALTON

## LETTERS TESTAMENTARY

By Bruce E. Wright, Judge of the Probate Court of Walton County:

KNOW ALL WHOM IT MAY CONCERN:

At regular term of the Probate Court, the Last Will and Testament dated February 8, 2017, of

**CURTIS LEE FLOYD, SR.**

Deceased, at the time of his or her death, a resident of the above County, was legally proven in solemn form and was admitted to record by order, and it was further ordered that, **TIFFINY LASHUN MANUEL** named as Executrix in said Will, be allowed to qualify, and that upon so doing, Letters Testamentary be issued to such Executrix. NOW, therefore, the said, **TIFFINY LASHUN MANUEL** having taken the oath of office and complied with all the necessary prerequisites of the law, is legally authorized to discharge all the duties and exercise all powers of Executrix under the Will of said deceased, according to the Will and the law.

Given under my hand and official seal, this 9th day of December, 2019.

BRUCE E. WRIGHT, JUDGE
WALTON COUNTY PROBATE COURT

**SYNOVUS®**

Hancock Ave Branch
150 W Hancock Ave
Athens, GA 30601

To Whom It May Concern,

Corporate Synovus policy states that as a representative of the bank, a notary shall not provide notary services for any of the documents listed below.

- Any document containing blank spaces
- Birth Certificates
- Certified Copies
- Checks
- Codicil (Addition or Addendum)
- Death Certificates
- Deeds, Deeds to Secure Debt, Deeds of Trust, Mortgages in connection with non-Synovus loan closings
- Depositions
- Foreign Documents – unless the Notary speaks/reads the language
- Illiterate Signer
- Living Trust
- Living Will
- Marriage Certificates
- Minors
- Photocopies
- Photographs
- Power of Attorney
- Publicly recorded documents
- Signature by Mark
- Signature Discrepancies (unless the signer can provide additional identification proving the alias)
- U.S. Citizenship and Immigration Services' I-9 form
- Wills

Please contact us should you require further information.