# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CURTIS FLOYD,<br><br>           Plaintiff,<br><br>vs.<br><br>TIFFINY MANUEL, BRUCE WRIGHT, KEITH MELTON, ERIC WHITLOW, PATSY ROBERTS, and JACOB RHEIN,<br><br>           Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-CV-02974-ELR |

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for a frivolity determination pursuant to 28 U.S.C. §1915(e)(2)(B), and the court having made such determination, it is

**Ordered and Adjudged** that the action be, and the same hereby is, **DISMISSED** as frivolous.

Dated at Atlanta, Georgia, this 22nd day of July, 2020.

                                                JAMES N. HATTEN
                                                CLERK OF COURT

                                    By:   s/Jessica Kelley
                                              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 22, 2020
James N. Hatten
Clerk of Court

By:  s/Jessica Kelley
        Deputy Clerk